```
STATE OF SOUTH DAKOTA  )                IN CIRCUIT COURT
                       : SS
COUNTY OF MINNEHAHA    )                SECOND JUDICIAL CIRCUIT
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                              *
TORI LINDSTROM,               *         CIV. 14-___
          Plaintiff,          *
                              *
vs.                           *         SUMMONS
                              *
THE PRUDENTIAL INSURANCE      *
COMPANY OF AMERICA,           *
          Defendant.          *
                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**THE STATE OF SOUTH DAKOTA TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to serve upon the undersigned, plaintiff's attorney, Michael E. Unke, whose post office address is 341 North Main, Box 529, Salem, South Dakota 57058-0529, an Answer to the Complaint which is herewith served upon you within thirty (30) days from the date of the service of this Summons upon you, exclusive of the date of such service.

**IF YOU FAIL TO DO SO,** Judgment by Default may be rendered against you as requested in the plaintiff's Complaint thirty (30) days after the completed service of plaintiff's Summons and Complaint.

Dated in Salem, South Dakota this 25th day of September, 2014.

```
                              _____
                              Michael E. Unke
                              Attorney for Plaintiff
                              341 North Main, Box 529
                              Salem, SD  57058-0529
                              Telephone:  605-425-3131
```

MICHAEL E. UNKE
ATTORNEY AT LAW
OFFICE PHONE 605-425-3131
FACSIMILE 605-425-2977
341 NORTH MAIN
P.O. BOX 529
SALEM, SOUTH DAKOTA 57058-0529

**EXHIBIT A**

```
STATE OF SOUTH DAKOTA )                    IN CIRCUIT COURT
                      : SS
COUNTY OF MINNEHAHA   )                    SECOND JUDICIAL CIRCUIT
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                              *
TORI LINDSTROM,               *            CIV. 14-___
          Plaintiff,          *
                              *
vs.                           *            COMPLAINT
                              *
THE PRUDENTIAL INSURANCE      *
COMPANY OF AMERICA,           *
          Defendant.          *
                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**COMES NOW** the plaintiff, Tori Linstrom, by and through her attorney, Michael E. Unke of Salem, South Dakota, and for her cause of action against the defendant, state and allege as follows:

### 1.

Tori Lindstrom resides in rural Montrose, Minnehaha County, South Dakota.

### 2.

Defendant, The Prudential Insurance Company of America, is an insurance company that conducts business in South Dakota to include life insurance.

### 3.

Defendant issued a life insurance policy to Joseph Tanner Olsen in South Dakota through his employer, Pipestone Systems.

### 4.

Plaintiff is the beneficiary of the defendant's life insurance policy insuring Joseph Tanner Olsen.

### 5.

Joseph Tanner Olsen died following injuries received in a car accident on 4/8/2014.

**MICHAEL E. UNKE**
ATTORNEY AT LAW
OFFICE PHONE 605-425-3131
FACSIMILE 605-425-2977
341 NORTH MAIN
P.O. BOX 529
SALEM, SOUTH DAKOTA 57058-0529

1

6.

Plaintiff filed a claim with defendant, which defendant refuses to pay until defendant receives medical records/discharge records from Sanford USD Medical Center, and a copy of the toxicology report.

7.

Plaintiff is unable to get these records because she was not married to Joseph Tanner Olsen and Olsen's mother refuses to do so.

8.

Plaintiff provided defendant with a copy of the accident report from the South Dakota Department of Public Safety. Said report indicated that neither alcohol nor drugs were involved in the accident. Defendant only expressed concern was whether alcohol was involved.

9.

Defendant is refusing to pay the life insurance proceeds to plaintiff.

10.

Defendant's actions in refusing to pay the life insurance proceeds is in bad faith.

Wherefore, plaintiff prays for the following relief:

1) A judgment against the defendant for the amount of the proceeds of the life insurance policy issued by defendant;
2) Prejudgment interest from the date of death of Joseph Tanner Olsen;
3) Attorney fees;
4) Costs and disbursements of this action;
5) Whatever else the court deems just and equitable.

MICHAEL E. UNKE
ATTORNEY AT LAW
OFFICE PHONE 605-425-3131
FACSIMILE 605-425-2977
341 NORTH MAIN
P.O. BOX 529
SALEM, SOUTH DAKOTA 57058-0529

2

Dated at Salem, South Dakota, this 25th day of September, 2014.

                                                  Michael E. Unke
                                                  Attorney for Plaintiff
                                                  341 North Main, Box 529
                                                  Salem, SD   57058-0529
                                                  Telephone:   605-425-3131

### DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial.

                                                  Michael E. Unke

3

MICHAEL E. UNKE
ATTORNEY AT LAW
OFFICE PHONE 605-425-3131
FACSIMILE 605-425-2977
341 NORTH MAIN
P.O. BOX 529
SALEM, SOUTH DAKOTA 57058-0529

 **CT Corporation**

**Service of Process Transmittal**
09/30/2014
CT Log Number 525788500

**TO:** Christine Gillen
The Prudential Insurance Company of America
Legal Department, 751 Broad St, 4th Floor
Newark, NJ 07102

**RE:** **Process Served in South Dakota**

**FOR:** The Prudential Insurance Company of America (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Tori Lindstrom, Pltf. vs. The Prudential Insurance Company of America, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint |
| **COURT/AGENCY:** | Circuit Court, Minnehaha County, SD<br>Case # 14SC0056 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Pierre, SD |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/30/2014 postmarked on 09/29/2014 |
| **JURISDICTION SERVED:** | South Dakota |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of service of this summons upon you, exclusive of the day of such services |
| **ATTORNEY(S) / SENDER(S):** | Michael E. Unke<br>341 North Main, Box 529<br>Salem, SD 57058<br>605-425-3131 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/30/2014, Expected Purge Date: 10/05/2014<br>Image SOP<br>Email Notification, Legal Process Unit legal.process.unit@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 319 S. Coteau Street<br>Pierre, SD 57501 |
| **TELEPHONE:** | 503-566-6883 |

Page 1 of 1 / JG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Division of Insurance**
Tel: 605.773.3563
Fax: 605.773.5369
www.dlr.sd.gov/insurance

September 29, 2014

**VIA CERTIFIED MAIL**

CT Corporation System
As Registered Agent for
Prudential Ins. Co. of America
319 South Coteau
Pierre, SD  57501

Re:   14-SC-0056
      Tori Lindstrom vs. Prudential Insurance Company of America

Pursuant to SDCL 58-6-39, we are enclosing a copy of a Summons and Complaint, a complaint in the above-entitled action in which Prudential Insurance Company of America is a party.  Service was admitted on the 29th day of September, 2014, at 9:00 a.m.

Should the matter be resolved through a settlement agreement, the Division requests that the settlement agreement not contain a confidentiality agreement that would preclude our obtaining information pertinent to the suit, so as to avoid conflict with the Division's broad statutory mandate allowing us to obtain any information we ask from licensees.

Please contact Eva Briggs at (605)773-4104 should you have any questions.

Sincerely,

*Merle Scheiber*

Merle Scheiber, Director
S.D. Division of Insurance



**Division of Insurance**
124 South Euclid Avenue, 2nd Floor
Pierre, SD 57501

ADDRESS SERVICE REQUESTED





South Dakota
1889 – 2014

7013 0600 0001 9741 3055



02 1R   $ 03.99⁰
0002007087   SEP 29 2014
MAILED FROM ZIP CODE 57501

CT CORPORATION SYSTEM
AS REGISTERED AGENT FOR
PRUDENTIAL INS. CO. OF AMERICA
319 SOUTH COTEAU
PIERRE, SD 57501