UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TORI LINDSTROM,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>    Defendant. | 14-CV-4159<br><br>**JOINT STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Tori Lindstrom, and Defendant, The Prudential Insurance Company of America, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

Dated: November 25, 2014

_____
Michael E. Unke
341 North Main
PO Box 529
Salem, South Dakota 57058-0529
(605) 425-3131
unkelaw@hotmail.com
*Attorney for Plaintiff*

WOODS, FULLER, SHULTZ & SMITH P.C.

_____
J.G. Shultz
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57104
(605) 336-3890
Jeff.Shultz@woodsfuller.com
*Attorneys for Defendant*
